UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x

In Re:

JACOB JAMES MENSE,

Debtor.

---------------------------------------------------------x

Chapter 13

Case No. 17-11367-JLG-13

# TRUSTEE'S REPORT OF UNCLAIMED DIVIDENDS

To: THE CLERK OF THE BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK:

Krista M. Preuss, Trustee of the estate of the above-named debtor, reports that the following dividend is unclaimed over 90 days from the date of issuance:

| CLAIMANT NAME & LAST KNOWN ADDRESS | AMOUNT OF DIVIDEND |
|---|---|
| JACOB JAMES MENSE<br>140 W 19TH STREET<br>APT. 6B<br>NEW YORK, NY 10011 | $11,260.50 |

Trustee check number 624357 has been issued to the Clerk of the Court in the sum of $11,260.50. This amount represents the total of the aforesaid unclaimed dividend.

Dated: September 9, 2019
White Plains, New York

Respectfully submitted,
*/s/ Krista M. Preuss*
KRISTA M. PREUSS     JF
Standing Chapter 13 Trustee, SDNY
399 Knollwood Road, Suite 102
White Plains, NY 10603
(914) 328-6333